

# Fourth Court of Appeals
## San Antonio, Texas

March 30, 2020

No. 04-06-00443-CR

Manuel **MONTEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2005-CR-3957
Honorable Philip A. Kazen, Jr., Judge Presiding

# O R D E R

This court issued an opinion and judgment in this appeal on September 12, 2007. After the Texas Court of Criminal Appeals refused appellant's petition for discretionary review, mandate issued in this appeal on January 10, 2008.

Angela Moore, appellant's court-appointed attorney in this appeal, has filed a Motion to Withdraw as Attorney of Record. However, we no longer have jurisdiction to rule on any motion in this appeal. We therefore dismiss the motion for lack of jurisdiction.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of March, 2020.

_Michael A. Cruz_
Michael A. Cruz,
Clerk of Court